No. 12–0215/AR.   U.S. v. Aaron J. Medina.   CCA 20100469.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted.

No. 12–0143/MC.   U.S. v. Richard A. Garcia–Tolson.   CCA 2010000610.   Appellee's motion to extend time to file an answer granted to December 22, 2011.

No. 12–0153/AF.   U.S. v. Matthew A. Pingel.   CCA 37783.   Appellant's motion to file supplemental issue pursuant to *United States v. Grostefon*, 12 M.J. 431 (C.M.A. 1982), granted.

Misc. No. 12–8009/AF.   In Re Robert C. Brissette, Petitioner.   CCA 2011–07. Notice is hereby given that a petition for extraordinary relief in the nature of a writ